IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SATTERFIELD AND PONTIKES CONSTRUCTION, INC. AND SATTERFIELD AND PONTIKES CONSTRUCTION, INC., SUCCESSOR IN INTEREST TO SATTERFIELD & PONTIKES CONSTRUCTION GROUP, LLC, § § § § § § § §  Plaintiffs § § VS. § § ACE AMERICAN INSURANCE COMPANY, § § § §  Defendant § | CIVIL ACTION NO. 4:14-cv-01033 JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Satterfield & Pontikes Construction, Inc. and Satterfield & Pontikes Construction, Inc., Successor in Interest to Satterfield & Pontikes Construction Group, LLC ("S&P) and Defendant Ace American Insurance Company ("Ace"), by and through their undersigned counsel hereby file this their Joint Stipulation of Dismissal and would show the Court the following:

FACTS

S&P filed suit against Ace on August 27, 2013 in the 189th Judicial District Court in Harris County, Texas. S&P brought several causes of action against Ace claiming damages and attorney fees arising out of Ace's handling of an insurance claim made by S&P after Hurricane Isaac. Notice of removal to the United Stated District Court was filed by Ace on April 15, 2014.

A scheduling order was issued by this Court, and the case was set for trial on the May 11, 2015 docket.

The parties have now resolved all of their differences and disputes, and S&P desires to dismiss these claims against Ace consistent with the terms of the Confidential Settlement Agreement and Release ("Agreement") executed by S&P and Ace on July 17, 2014. S&P desires to dismiss all of its claims raised in this lawsuit against Ace with prejudice, with the exception of S&P's claims against Ace related to the Eaton Switchgear described in Paragraph 3 of the Agreement. Specifically, S&P hereby dismisses **without** prejudice any and all claims S&P may have against Ace related to the Eaton Switchgear as outlined in Paragraph 3 of the Agreement. All other claims are dismissed with prejudice.

The Parties agree S&P's suit is being dismissed consistent with the terms of the Agreement and that the terms of the Agreement shall be incorporated in the Order.

Respectfully submitted,

　/s/ Todd A. Riddle　　　　　　　　　　　　　　　.
TODD A. RIDDLE, attorney-in-charge
Texas Bar No. 00791528
Southern District Bar No. 18118
Email:  triddle@cbylaw.com
COKINOS, BOSIEN & YOUNG
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, Texas 77010
Telephone:  713-535-5500
Facsimile:  713-535-5533

*Counsel for Plaintiff, Satterfield and Pontikes Construction, Inc. and Satterfield and Pontikes Construction, Inc., successor in interest to Satterfield & Pontikes Construction Group, LLC*

**JOINT STIPULATION OF DISMISSAL** ....................................................................... **PAGE 2**

*Of Counsel:*

PATRICK J. WIELINSKI
Texas Bar No. 21432450
Southern District Bar No. 10037
Email: pwielinski@cbylaw.com
COKINOS, BOSIEN & YOUNG
800 Crestview Tower
105 Decker Court
Irving, Texas 75062
Telephone: (817) 635-3620
Facsimile: (817) 635-3633

*Counsel for Plaintiffs*

    */s/ Joseph A. Ziemianski*
JOSEPH A. ZIEMIANSKI
Attorney in Charge
Texas State Bar No. 00797732
Federal Id.: 25915
E-mail: jziemianski@cozen.com
COZEN O'CONNOR
LyondellBassel Tower
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

*Of Counsel:*

NEJAT A. AHMED
Texas State Bar No.: 24034304
Email: nahmed@cozen.com
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (866) 791-0411

*Counsel for Defendant*

**JOINT STIPULATION OF DISMISSAL** .................................................................... **PAGE 3**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2014, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            /s/ Todd A. Riddle
                                            TODD A. RIDDLE