UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SATTERFIELD AND PONTIKES CONSTRUCTION, INC., *et al.*, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | CIVIL ACTION H-14-1033 |
| ACE AMERICAN INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

**ORDER**

The joint stipulation of dismissal (Dkt. 11) is GRANTED. It is therefore ORDERED that ORDERED that S&P's claims against Ace related to the Eaton Switchgear described in Paragraph 3 of the Settlement Agreement are dismissed without prejudice. It is further ORDERED that all of S&P's other claims against Ace are dismissed with prejudice.

This Court shall retain jurisdiction over this matter including any dispute or claim which may arise related to the terms or performance of the agreement.

Signed at Houston, Texas on July 28, 2014.

_____
Gray H. Miller
United States District Judge